IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————— x
:
YUKSEL CELIKGOGUS, *et al.*                    :
:
              Plaintiffs,              :
:
v.                      :       Civil Action No. 06cv1996 (HHK)
:
DONALD RUMSFELD, *et al.*,                :
:
              Defendants.              :
:
———————————————————————— x


## <u>MOTION TO CORRECT FILING DATE</u>

Petitioners Yuksel Celikgogus and Ibrahim Sen ("Petitioners"), by and through their undersigned counsel, respectfully submit this Motion to Correct Filing Date.

Petitioners filed their complaint on November 21, 2006 at approximately 7:15 p.m. *See* Affidavit of Wells Harrell ¶ 4 ("Harrell Aff."), attached as Exhibit A. The complaint was complete with all appropriate documents at the time of filing. *Id.* ¶ 4. The court security personnel correctly stamped the envelope with the date November 21, 2006. *Id.* ¶ 6. However, the complaint was erroneously docketed by the clerk's office as having been filed on November 22, 2006.

Granting the motion to correct filing date will not prejudice Defendants as it will only rectify an inadvertent error.

We therefore respectfully submit that this court grant this Motion to Correct the Filing Date of the complaint.

Dated:     New York, New York
           November 27, 2006

                         Respectfully submitted,

                         Counsel for Petitioner:

                         /s/ William Goodman
                         William Goodman (Pursuant to LCvR 83.2(g))
                         CENTER FOR CONSTITUTIONAL RIGHTS
                         666 Broadway, 7th Floor
                         New York, New York 10012
                         Tel:  (212) 614-6464
                         Fax:  (212) 614-6499

# Attachment A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUKSEL CELIKGOGUS and<br>IBRAHIM SEN<br><br>      Plaintiffs,<br><br>v.<br><br>DONALD RUMSFELD;<br>GEN. RICHARD MYERS;<br>MAJ. GEN. GEOFFREY MILLER;<br>GEN. JAMES T. HILL;<br>MAJ. GEN. MICHAEL E. DUNLAVEY;<br>BRIG. GEN. JAY HOOD;<br>BRIG. GEN. MICHAEL LEHNERT;<br>COL. NELSON J. CANNON;<br>COL. TERRY CARRICO;<br>LT. COLONEL WILLIAM CLINE;<br>DOES 1-100<br><br>All in their personal capacities;<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    Civil Action No. 06cv1996 (HHK) |

## AFFIDAVIT OF WELLS HARRELL

I, Wells Harrell, being duly sworn, declare as follows:

1.    My name is Wells Harrell. I am over 18 years of age and a citizen of the United States of America.

2.    I respectfully submit this affidavit in support of Plaintiffs' Motion to Correct the Filing Date.

3.    I am currently employed as a Legal Assistant for Shearman & Sterling LLP in Washington, DC. I was responsible for filing the Complaint and supporting materials in the above matter on behalf of the Center for Constitutional Rights in New York, NY.

4.    On November 21, 2006 at approximately 7:15 p.m., I placed an envelope containing the following in the drop box for the United States District Court for the District of Columbia, located at 333 Constitution Avenue, Northwest in Washington, DC: the original signed Complaint and accompanying civil cover sheet, a copy of the Complaint and cover sheet, a CD containing scanned PDF versions of the Complaint and cover sheet, and a check in the amount of $350 made payable to the Court.

5.    The envelope was addressed to the Clerk of the Court for the United States District Court for the District of Columbia, as indicated by an address label affixed to the front of the envelope. The masthead for this label contained contact information for the Washington, DC office of Shearman & Sterling LLP.

6.    Upon my arrival at the Court at approximately 7:00 p.m., the court security personnel X-rayed the envelope and placed upon it a stamp bearing the date of November 21.

7.    The envelope remained sealed between my arrival at the Court and my placing the envelope in the drop box.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Wells Harrell

Dated: November 27, 2006

Sworn to before me this 27th
Day of November 2006

Notary Public

Lynette J. Johnson
Notary Public, District of Columbia
My Commission Expires 5/31/2011

2