UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YUKSEL CELIKGOGUS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD RUMSFELD, et al.,**<br><br>Defendants. | Civil Action 06-01996 (HHK) |

### ORDER

Before the court is plaintiffs' motion, filed on December 11, 2006, to correct the filing date of their complaint [#2]. Plaintiffs filed their complaint on November 21, 2006 with court security personnel, who correctly stamped the envelope with the date November 21, 2006. However, the complaint was erroneously docketed by the clerk's office as having been filed on November 22, 2006.

Because the correction of this inadvertent error will cause no prejudice to defendants, it is this 4th day of January, 2007, hereby

**ORDERED** that plaintiffs' motion [#2] is granted and the filing date of plaintiffs' complaint [#1] shall be corrected on the electronic docket to November 21, 2006.

Henry H. Kennedy, Jr.<br>United States District Judge