IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **YUKSEL CELIKGOGUS, IBRAHIM SEN, NURI MERT, ZAKIRJAN HASAM and ABU MUHAMMAD**<br><br>    Plaintiffs,<br><br>v.<br><br>**DEFENDANTS DONALD RUMSFELD, GEN. RICHARD MYERS, GEN. JAMES T. HILL, GEN. BANTZ CRADDOCK, MAJ. GEN. MICHAEL LEHNERT, MAJ. GEN. MICHAEL DUNLAVEY, MAJ. GEN. GEOFFREY MILLER, BRIG. GEN. JAY HOOD, REAR ADM. HARRY B. HARRIS, JR., COL. TERRY CARRICO, COL. ADOLPH MCQUEEN, BRIG. GEN. NELSON CANNON, COL. MIKE BUMGARNER, COL. DENNIS WADE AND ESTEBAN RODRIGUEZ**<br><br>    Defendants. | **Case No.: 06-CV-1996 (HHK)** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the attorney listed below will represent Plaintiffs in this action. Service upon Plaintiff should be made to:

>Shayana Kadidal
>CENTER FOR CONSTITUTIONAL RIGHTS
>666 Broadway, 7th Floor
>New York, NY 10012-2317

>_____/s/_____
>Shayana Kadidal (D.C. Bar No. 454248)
>CENTER FOR CONSTITUTIONAL RIGHTS
>666 Broadway, 7th Floor
>New York, NY  10012-2317
>Ph: (212) 614-6438
>Fax: (212) 614-6499

**Certificate of Service**

     I, Shayana Kadidal, certify that on March 21, 2007, I caused the foregoing Notice of Appearance to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.

Dated: March 21, 2007

                                                                       /s/
                                       Shayana Kadidal [D.C. Bar No. 454248]
                                       CENTER FOR CONSTITUTIONAL RIGHTS
                                       666 Broadway, 7th Floor
                                       New York, NY  10012-2317
                                       Ph: (212) 614-6438
                                       Fax: (212) 614-6499