# United States District Court
# For the District of Columbia

Celikgogus, et al.

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER    06-CV-1996 |
| Rumsfeld, et al. | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of   James R. Whitman        as counsel in this
(Attorney's Name)

case for:   Defendants Rumsfeld, Myers, Miller, Hill, Dunlavey, Hood, Lehnert
(Name of party or parties)


March 22, 2007
Date

Wis. Bar. No. 1036757
BAR IDENTIFICATION


_James R. Whitman_
Signature

James R. Whitman
Print Name

P.O. Box 7146
Address

Washington  DC        20044
City        State        Zip Code

202-616-4169
Phone Number