AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Celikgogus, et al.

       Plaintiff(s)

vs.

Rumsfeld, et al.

       Defendant(s)

**APPEARANCE**

CASE NUMBER  06-CV-1996

To the Clerk of this court and all parties of record:

Please enter the appearance of __James R. Whitman__ as counsel in this
(Attorney's Name)

case for: __Defendants Cannon, Carrico__
(Name of party or parties)

March 22, 2007
Date

Wis. Bar. No. 1036757
BAR IDENTIFICATION

*[signature]*
Signature

James R. Whitman
Print Name

P.O. Box 7146
Address

Washington   DC   20044
City    State    Zip Code

202-616-4169
Phone Number