IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **YUKSEL CELIKGOGUS, IBRAHIM SEN, NURI MERT, ZAKIRJAN HASAM and ABU MUHAMMAD**<br><br>         Plaintiffs,<br><br>v.<br><br>**DEFENDANTS DONALD RUMSFELD, GEN. RICHARD MYERS, GEN. JAMES T. HILL, GEN. BANTZ CRADDOCK, MAJ. GEN. MICHAEL LEHNERT, MAJ. GEN. MICHAEL DUNLAVEY, MAJ. GEN. GEOFFREY MILLER, BRIG. GEN. JAY HOOD, REAR ADM. HARRY B. HARRIS, JR., COL. TERRY CARRICO, COL. ADOLPH MCQUEEN, BRIG. GEN. NELSON CANNON, COL. MIKE BUMGARNER, COL. DENNIS WADE AND ESTEBAN RODRIGUEZ**<br><br>         Defendants. | **Case No.: 06-CV-1996 (HHK)** |

**PLAINTIFFS ZAKIRJAN HASAM AND ABU MUHAMMED'S
MOTION FOR CONTINUED USE OF PSEUDONYMS**

Shayana Kadidal (D.C. Bar No. 454248)
William Goodman
Patty Blum
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel:  (212) 614-6424
Fax:  (212) 614-6499

Plaintiffs Zakirjan Hasam and Abu Muhammad respectfully move this Court to continue using their pseudonyms. Plaintiffs Hasam and Muhammad make this motion in light of their concerns about the physical safety of themselves and their family members, as Plaintiffs are living as refugees in Albania and their family members remain in Uzbekistan and Algeria, respectively. The reasons supporting this Motion are set forth in the accompanying Memorandum of Points and Authorities.

Pursuant to Local Civil Rule 7(m), Plaintiffs have conferred with opposing counsel, who indicated they could not take a position on this issue prior to reviewing the amended complaint.

Dated: March 21, 2007  
New York, New York

Respectfully Submitted,

_____/s/_____  
Shayana Kadidal (D.C. Bar No. 454248)  
William Goodman  
Patty Blum  
Michael Ratner  
CENTER FOR CONSTITUTIONAL RIGHTS  
666 Broadway, 7th Floor  
New York, NY 10012  
Tel: (212) 614-6424  
Fax: (212) 614-6499

**Certificate of Service**

      I, Shayana Kadidal, certify that on March 21, 2007, I caused the foregoing Motion to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.

Dated: March 21, 2007

                                                      /s/
                                    Shayana Kadidal [D.C. Bar No. 454248]
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, NY  10012-2317
                                    Ph: (212) 614-6438
                                    Fax: (212) 614-6499