IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **YUKSEL CELIKGOGUS, IBRAHIM SEN, NURI MERT, ZAKIRJAN HASAM and ABU MUHAMMAD**<br><br>    Plaintiffs,<br><br>v.<br><br>**DEFENDANTS DONALD RUMSFELD, GEN. RICHARD MYERS, GEN. JAMES T. HILL, GEN. BANTZ CRADDOCK, MAJ. GEN. MICHAEL LEHNERT, MAJ. GEN. MICHAEL DUNLAVEY, MAJ. GEN. GEOFFREY MILLER, BRIG. GEN. JAY HOOD, REAR ADM. HARRY B. HARRIS, JR., COL. TERRY CARRICO, COL. ADOLPH MCQUEEN, BRIG. GEN. NELSON CANNON, COL. MIKE BUMGARNER, COL. DENNIS WADE AND ESTEBAN RODRIGUEZ**<br><br>    Defendants. | **Case No.: 06-CV-1996 (HHK)** |

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS
ZAKIRJAN HASAM AND ABU MUHAMMED'S
MOTION FOR CONTINUED USE OF PSEUDONYMS

Shayana Kadidal (D.C. Bar No. 454248)
William Goodman
Patty Blum
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel:  (212) 614-6424
Fax:  (212) 614-6499

Plaintiffs hereby respectfully submit this Memorandum of Law in Support of Motion for Continued Use of Pseudonyms by Zakirjan Hasam and Abu Muhammad. Plaintiffs make this motion in light of Plaintiffs' concerns about the physical safety of themselves and their family members, as Plaintiffs are living as refugees in Albania and their family members remain in their home countries. Moreover, because of this concern for the safety and privacy of their family members, Plaintiffs Hasam and Muhammad filed petitions for *habeas corpus* under the pseudonyms they now move to adopt for this damages action. Zakirjan Hasam and Abu Muhammad strongly support public accountability through a damages hearing on the claims against Defendants; however their unique, personal circumstances have led them to request that this Court allow them to proceed under these pseudonyms.

I.  THE USE OF A PSEUDONYM IS WARRANTED TO PROTECT PLAINTIFFS ZAKIRJAN HASAM AND ABU MUHAMMAD AND THEIR FAMILIES

Plaintiffs Zakirjan Hasam and Abu Muhammad ask the Court to permit them to proceed pseudonymously, as is within the district court's discretion. Plaintiffs Hasam and Muhammad were transferred by the U.S. government to Tirana, Albania on November 16, 2006, where they now live in a refugee center. They both seek to proceed under pseudonyms because they fear reprisals against themselves and/or their families. Plaintiff Hasam's family remains in his home country, Uzbekistan, and Plaintiff Muhammad's family remains in Algeria. Plaintiff Hasam has used this pseudonym since his capture. If Plaintiffs' true names were revealed publicly, their families' lives could be endangered. Continued use of Plaintiffs' pseudonyms is appropriate here because of the serious threat of reprisals against them and their families and because the continued use

of such pseudonyms does not prejudice the defendants. *See Doe v. City of New York*, 201 F.R.D. 100, 102 (S.D.N.Y. 2001) (listing "whether the plaintiff would risk suffering injury if identified" and "whether the party defending against a suit brought under the pseudonym would be prejudiced" as factors to be considered in determining whether a plaintiff should be permitted to use a pseudonym); *Shakur*, 164 F.R.D. at 361.[1]

Numerous courts considering the issue have held that a district court must "balance the need for anonymity against the general presumption that parties' identities are public information and the risk of unfairness to the opposing party." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000); *see also Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004); *M.M. v. Zavaras*, 139 F.3d 798, 803 (10th Cir. 1998); *James v. Jacobson*, 6 F.3d 233, 238 (4th Cir. 1993); *Doe v. Frank*, 951 F.2d 320, 323 (11th Cir. 1992); *Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. 1981); *EW v. New York Blood Center*, 213 F.R.D. 108, 110 (E.D.N.Y. 2003); *Free Speech v. Reno*, 1999 WL 47310, *2 (S.D.N.Y. 1999). Courts applying the balancing test have permitted the use of pseudonyms where identification of the plaintiff created a "risk of retaliatory physical or mental harm." *Advanced Textile Corp.*, 214 F.3d at 1068.

---

[1] The factors listed are:

> (1) whether the plaintiff is challenging governmental activity; (2) whether the plaintiff would be required to disclose information of the utmost intimacy; (3) whether the plaintiff would be compelled to admit his or her intention to engage in illegal conduct . . . (4) whether the plaintiff would risk suffering injury if identified; and (5) whether the party defending against a suit brought under a pseudonym would be prejudiced.

*City of New York*, 201 F.R.D. at 102; *Shakur*, 164 F.R.D. at 361. While a district court should consider all five factors, no one factor is dispositive. *See Doe v. Frank*, 951 F.2d 320, 323 (11th Cir. 1992); *Doe v. Stegall*, 653 F.2d 180, 185-86 (5th Cir. 1981).

### A.    Safety Concern Justifies Continued Use of a Pseudonym

Plaintiffs Hasam and Muhammad continue to fear that they and their families will be subjected to reprisals and/or death if their identities were revealed. Courts have consistently acknowledged that a threat of danger to the plaintiff or the plaintiff's family justifies the continued use of pseudonyms. *See, e.g.*, *Advanced Textile Corp.*, 214 F.3d at 1072 ("[t]he district court failed to consider plaintiffs' vulnerability to retaliation); *Doe v. INS*, 867 F.2d 285, 286 n.1 (6th Cir. 1989) (allowing petitioner to use pseudonym to protect family in China from reprisals); *see also Shakur*, 164 F.R.D. at 362 ("Plaintiff's allegation that she has been subjected to death threats would provide a legitimate basis for allowing her to proceed anonymously."). In Alien Tort Statute, 28 U.S.C. 1350 ("ATS"), and Torture Victim Protection Act, 28 U.S.C. 1350 (note) ("TVPA") cases, such safety considerations have often persuaded courts to allow the use of pseudonyms. *See, e.g.*, *Doe v. Saravia*, 348 F. Supp. 2d 1112, 1117, 1134 (E.D. Cal 2004) (plaintiff permitted to proceed through damages hearing as J. Doe "due to risks of violent reprisals against plaintiff and plaintiff's family."); *Xuncax v. Gramajo*, 886 F.Supp. 162, 170 (D. Mass. 1995) (plaintiff permitted to proceed as Juan Doe); *Doe I v. Karadzic*, 176 F.R.D. 458 (S.D.N.Y. 1997); *A,B,C,D,E,F v. Zemin*, 282 F. Supp. 2d 875 (N.D. Ill. 2003).

### B.    The Defendants Will Not Be Prejudiced By the Continued Use of a Pseudonym

Defendants will not be prejudiced by Plaintiffs Hasam and Muhammad proceeding under pseudonyms that they have already used. Plaintiffs seek to proceed under pseudonyms by which they have already been known. *See EW*, 213 F.R.D. at 110 (rejecting defendant's argument against the use of pseudonym in part because it would not prejudice the defendant's ability to conduct discovery or try the matter); *Doe v.*

4

*United Services Life Ins. Co.*, 123 F.R.D. 437, 439 (S.D.N.Y. 1988) (granting motion where use of pseudonym would not disadvantage the defendant).

## CONCLUSION

For the reasons set forth above, Plaintiffs Hasam and Muhammad respectfully request this Court's permission to continue using pseudonyms.

Dated:  March 21, 2007                     Respectfully Submitted,
New York, New York

                                                                                  /s/
                                      Shayana Kadidal (D.C. Bar No. 454248)
                                      William Goodman
                                      Patty Blum
                                      Michael Ratner
                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                      666 Broadway, 7th Floor
                                      New York, NY 10012
                                      Tel:  (212) 614-6424
                                      Fax:  (212) 614-6499

**Certificate of Service**

      I, Shayana Kadidal, certify that on March 21, 2007, I caused the foregoing Memorandum to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.

Dated: March 21, 2007

                                                            /s/
                                      Shayana Kadidal [D.C. Bar No. 454248]
                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                      666 Broadway, 7th Floor
                                      New York, NY  10012-2317
                                      Ph: (212) 614-6438
                                      Fax: (212) 614-6499