IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**YUKSEL CELIKGOGUS, IBRAHIM SEN, NURI MERT, ZAKIRJAN HASAM and ABU MUHAMMAD**

    Plaintiffs,

v.

**DEFENDANTS DONALD RUMSFELD, GEN. RICHARD MYERS, GEN. JAMES T. HILL, GEN. BANTZ CRADDOCK, MAJ. GEN. MICHAEL LEHNERT, MAJ. GEN. MICHAEL DUNLAVEY, MAJ. GEN. GEOFFREY MILLER, BRIG. GEN. JAY HOOD, REAR ADM. HARRY B. HARRIS, JR., COL. TERRY CARRICO, COL. ADOLPH MCQUEEN, BRIG. GEN. NELSON CANNON, COL. MIKE BUMGARNER, COL. DENNIS WADE AND ESTEBAN RODRIGUEZ**

    Defendants.

Case No.: 06-CV-1996 (HHK)

## ERRATA

Plaintiffs Zakirjan Hasam and Abu Muhammad respectfully notify this Court that the Motion for Continued Use of Pseudonyms, its supporting Memorandum, and the attached certificates of service filed earlier today were erroneously dated March 21, 2007, and should properly have been dated March 22, 2007. Undersigned counsel apologizes for the error.

Dated: March 22, 2007  
New York, New York

Respectfully Submitted,

_____/s/_____
Shayana Kadidal (D.C. Bar No. 454248)
William Goodman
Patty Blum
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Tel: (212) 614-6424
Fax: (212) 614-6499

2

**Certificate of Service**

      I, Shayana Kadidal, certify that on March 22, 2007, I caused the foregoing Errata to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.

Dated: March 22, 2007

                                                   /s/
                                  Shayana Kadidal [D.C. Bar No. 454248]
                                  CENTER FOR CONSTITUTIONAL RIGHTS
                                  666 Broadway, 7th Floor
                                  New York, NY  10012-2317
                                  Ph: (212) 614-6438
                                  Fax: (212) 614-6499