IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YUKSEL CELIKGOGUS, et al.,     ) |  |  |
|                                ) |  |  |
| Plaintiffs,                    ) |  |  |
|                                ) |  |  |
| v.                             ) | No. 06-CV-1996 (HHK) |  |
|                                ) |  |  |
| DONALD RUMSFELD, et al.,       ) |  |  |
|                                ) |  |  |
| Defendants.                    ) |  |  |

**DEFENDANTS' NOTICE OF RELATED CASES**

Pursuant to Local Civil Rule ("LCvR") 40.5(b)(3), defendants, Donald Rumsfeld, Richard Myers, Geoffrey Miller, James T. Hill, Michael E. Dunlavey, Jay Hood, Michael Lehnert, Nelson J. Cannon, and Terry Carrico, respectfully notify the Court that this case is related to the case of Rasul, et al. v. Rumsfeld, et al., No. 04-CV-1864 (RMU) (D. D.C.), because both cases "involve common issues of fact."[1] LCvR 40.5(a)(3)(ii). Plaintiffs' counsel has informed counsel for defendants that plaintiffs oppose this notice.

To begin, these two cases allege essentially the same pattern of facts: plaintiffs, all of whom are citizens of foreign countries, were detained in Afghanistan or Pakistan by local authorities in late 2001 or early 2002, transferred to the custody of United States forces, transported to the United States Naval Base at Guantanamo Bay Naval Station, Cuba, subjected to what they claim was unlawful treatment while detained at Guantanamo, and then released. Compare Celikgogus Am. Compl. ¶¶ 2-173 with Rasul Compl. ¶¶ 1-140. Plaintiffs in these

---

[1] These defendants were first served in this case on March 21, 2007. This is, therefore, the first time any defendant has had an opportunity in this case to enter an appearance and notify the court that it is related to Rasul. No other defendants to date have been served.

cases also have brought suit against many of the same defendants, all of whom are sued in their individual capacity for compensatory and punitive damages under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), based on the theory that they were ultimately responsible for devising, approving, implementing, or acquiescing in various acts that allegedly caused plaintiffs' injuries. Compare Celikgogus Am. Compl. ¶¶ 174-187 with Rasul Compl. ¶¶ 141-158. Finally, both cases rely on nearly identical causes of action, such as claims under the Alien Tort Statute, 28 U.S.C. § 1350, for "prolonged arbitrary detention," "cruel, inhuman or degrading treatment or punishment," and "torture"; claims for violating the Geneva Conventions; claims for violating the due process clause of the Fifth Amendment; and claims under the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb et seq. Compare Celikgogus Am. Compl. Counts I, II, III, IV, VII, and VIII with Rasul Compl. Counts I, II, III, IV, VI, and VII. (Not coincidentally, the plaintiffs in both cases are represented by the same counsel.)

    Furthermore, despite their current objection to this notice, plaintiffs' counsel identified a prior incarnation of this case as related to Rasul. On December 28, 2005, plaintiff Celikgogus filed a complaint based on the same set of facts and relying on many of the same theories of relief in this case, against many of the same defendants. See Celikgogus v. Rumsfeld, et al., No. 05-CV-2480 (RMU) (D. D.C.). And when that suit was filed, plaintiff's counsel notified the Court that it was related to Rasul. See id. (docket number 2). That case then was voluntarily dismissed on November 21, 2006, and refiled as the current case on that same day. Although plaintiffs'

counsel did not identify this case as related to Rasul at that time, this case is, in fact, related to Rasul for all of the reasons stated above.[2]

Defendants therefore respectfully request that this case be reassigned to Judge Urbina as related to case number 04-CV-1864.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General, Civil Division

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General, Civil Division

        TIMOTHY P. GARREN
        Director, Torts Branch, Civil Division

        /s/ James R. Whitman
        JAMES R. WHITMAN
        Wis. Bar Member No. 1036757
        Trial Attorney
        United States Department of Justice
        Torts Branch, Civil Division
        P.O. Box 7146
        Ben Franklin Station
        Washington, D.C. 20044-7146
        Tel: (202) 616-4169
        Fax: (202) 616-4314

Dated: March 23, 2007

---

[2] Simultaneously with this notice, defendants also are filing a motion to stay this case, pending the outcome of the appeal in Rasul, which is currently before the United States Court of Appeals for the District of Columbia. See Rasul v. Rumsfeld, Nos. 06-5209, 06-5222 (D.C. Cir.). Because a portion of Rasul is before the D.C. Circuit on an interlocutory appeal, defendants submit that Rasul is still pending before Judge Urbina on the merits, as required by LCvR 40.5(a)(3).

**CERTIFICATE OF SERVICE**

    I certify under penalty of perjury that on March 23, 2007, I electronically filed with the Clerk of the Court, by using the Court's CM/ECF system, the foregoing "DEFENDANTS' NOTICE OF RELATED CASE."

    /s/ James R. Whitman
JAMES R. WHITMAN
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044-7146