UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YUKSEL CELIKGOGUS, et al.,**<br><br>          Plaintiffs,<br><br>     v.<br><br>**DONALD RUMSFELD, et al.,**<br><br>          Defendants. | Civil Action 06-01996 (HHK) |

ORDER

Before the court is plaintiffs' motion for continued use of pseudonyms [#8]. Granting the motion is warranted. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–69 (9th Cir. 2000) (allowing pseudonymous litigation where "the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity" and articulating factors for courts to consider). Accordingly, it is this 9th day of April, 2007, hereby

**ORDERED** that plaintiffs' motion is granted.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge