## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YUKSEL CELIKGOGUS,** )<br> *Petitioner,* )<br> )<br>**v.** )<br> )<br> )<br>**DONALD RUMSFELD, et al.,** )<br> *Respondents.* )<br> ) | Civil Action No. 06-cv-1996 (HHK)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of the attorney listed below, on behalf of Plaintiffs YUKSEL CELIKGOGUS, IBRAHIM SEN, NURI MERT, ZAKIRJAN HASAM, and ABU MUHAMMAD in this matter.  Service upon counsel may be made to:

Carolyn P. Blum
291 W. 12th St.
New York, New York 10014
Tel: (646) 644-3887
Fax: (212) 614-6499

Counsel for Petitioner has certified, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation (see attached certificate).

Dated: May 7, 2007

Respectfully submitted,

_____/s/_____

Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

*Counsel for plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

YUKSEL CELIKGOGUS,
    *Petitioner*,

v.

DONALD RUMSFELD, et al.,
    *Respondents*.

)
)
)
)
)    Civil Action No. 06-cv-1996 (HHK)
)
)
)
)
)

**CERTIFICATION PURSUANT TO LOCAL RULE 83.2(g)**

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Carolyn P. Blum
291 W. 12th St.
New York, New York 10014
Tel: (646) 644-3887
Fax: (212) 614-6499