IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUKSEL CELIKGOGUS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 06-CV-1996 (HHK) |
| ) | |
| DONALD RUMSFELD, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWERS OR OTHER RESPONSIVE PLEADINGS

Defendants, Donald Rumsfeld, Richard Myers, Geoffrey Miller, James T. Hill, Michael E. Dunlavey, Jay Hood, Michael Lehnert, Nelson J. Cannon, and Terry Carrico respectfully request that the Court extend the time for them to file their answers or other responsive pleadings to plaintiffs' amended complaint, pending the Court's decision regarding defendants' motion to stay. This is these defendants' first motion for an extension of time. Plaintiffs' counsel has informed defense counsel that plaintiffs oppose this motion.

The above nine defendants, through their designated agents, received service of process in this case on March 21, 2007, but the United States Attorney's Office for the District of the District of Columbia did not receive service as to these defendants until March 26, 2007. Thus, these defendants currently have until May 25, 2007, to answer or otherwise respond to plaintiffs' amended complaint. See Fed. R. Civ. P. 12(a)(3)(B).

On March 23, 2007, we filed our motion to stay this case pending the outcome of the consolidated appeals in Rasul v. Rumsfeld, Nos. 06-5209, 06-5222 (D.C. Cir.). See docket no. 13. As we demonstrated in that motion, the efficient administration of justice warrants that this

case be stayed because both it and <u>Rasul</u> allege nearly identical causes of action on behalf of former detainees at the United States Naval Base at Guantánamo Bay Naval Station, Cuba, against many of the same defendants. The decision by the United States Court of Appeals for the District of Columbia in <u>Rasul</u> therefore will be dispositive of the core issues in this case.

By the same token, not only does it make little sense to require us to file our responsive pleadings before the <u>Rasul</u> appeal has concluded, but, at a minimum, we should not have to do so before this Court rules on our motion to stay. We therefore request that the date by which we must respond to plaintiffs' amended complaint be extended until such time as the Court decides our motion to stay. Should the Court grant the motion to stay, we would seek to have the Court set a date for our response to plaintiffs' complaint after the D.C. Circuit issues its opinion in <u>Rasul</u>. Should the Court, however, deny the motion to stay, we respectfully request that we be given thirty days from the date of the Court's decision regarding the motion to stay to file our answers or other responsive pleadings.

As detailed in our motion to stay, any delays in this case (and its predecessor) up to this point have been occasioned by plaintiffs' own inaction. Any additional delay caused by this motion, therefore, would be minimal by comparison and would not prejudice plaintiffs.

For all of the reasons stated above, we request that the Court enter an order that the date by which we are required to answer or otherwise respond to plaintiffs' amended complaint shall depend on the Court's decision regarding our motion to stay: if the Court grants that motion, a date for defendants' responses would be set after the D.C. Circuit issues its opinion in <u>Rasul</u>; if the Court denies the motion to stay, defendants' responses would be due thirty days thereafter.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General, Civil Division

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General, Civil Division

        TIMOTHY P. GARREN
        Director, Torts Branch, Civil Division

        /s/ James R. Whitman
        JAMES R. WHITMAN
        Wis. Bar Member No. 1036757
        Trial Attorney
        United States Department of Justice
        Torts Branch, Civil Division
        P.O. Box 7146
        Ben Franklin Station
        Washington, D.C. 20044-7146
        Tel:  (202) 616-4169
        Fax:  (202) 616-4314

Dated:  May 18, 2007

## CERTIFICATE OF SERVICE

     I certify under penalty of perjury that on May 18, 2007, I electronically filed with the Clerk of the Court, by using the Court's CM/ECF system, the foregoing "DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWERS OR OTHER RESPONSIVE PLEADINGS."

     /s/ James R. Whitman
JAMES R. WHITMAN
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044-7146

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  |   |
|---|---|---|
| **YUKSEL CELIKGOGUS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-CV-1996 (HHK) |
| | ) | |
| **DONALD RUMSFELD, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

This matter having come before the Court on Defendants' Motion for Extension of Time to File Answers or Other Responsive Pleadings, and the Court having considered the motion, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED.  Defendants, Donald Rumsfeld, Richard Myers, Geoffrey Miller, James T. Hill, Michael E. Dunlavey, Jay Hood, Michael Lehnert, Nelson J. Cannon, and Terry Carrico shall not be required to answer or otherwise respond to plaintiffs' amended complaint until such time as the Court rules on defendants' pending motion to stay.  If the Court grants the motion to stay, a date for defendants' response to plaintiffs' complaint will be set after the United States Court of Appeals for the District of Columbia issues its opinion in <u>Rasul v. Rumsfeld</u>, Nos. 06-5209, 06-5222 (D.C. Cir.).  If the Court denies the motion to stay, these defendants shall file their responsive pleadings no later than thirty days after the date of the Court's decision regarding the motion to stay.

DATE: _____     BY: _____

U.S. DISTRICT JUDGE