**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| YUKSEL CELIKGOGUS, et al., |
| Plaintiffs, |
| v. |
| DONALD RUMSFELD, et al., |
| Defendants. |

Civil Action 06-01996 (HHK)

**ORDER**

Before the court are defendants' notice of related cases [#12], defendants' motion to stay [#13] proceedings pending the outcome of the consolidated appeals in *Rasul v. Rumsfeld*, Nos. 06-5209, 06-5222 (D.C. Cir.), and defendants' motion for extension of time to file answers or other responsive pleadings [#18]. The notice of related cases includes a request that this action be reassigned to another officer of this court, the Honorable Ricardo M. Urbina. Upon consideration of the filings, the opposition to the notice of related cases and the motion to stay, and the record of this case, the court declines to reassign the action. A stay, however, is warranted. Accordingly, it is this 22nd day of May, 2007, hereby

**ORDERED** that defendants' request for reassignment of this action is **DENIED**; and it is further

**ORDERED** that defendants' motion to stay [#13] is **GRANTED**; and it is further

**ORDERED** that defendants shall file answers or motions in response to the complaint within thirty days of the date upon which the Court of Appeals renders its decision in *Rasul*; and it is further

**ORDERED** that defendants' motion for extension of time to file answers or other responsive pleadings [#18] is **DENIED** as moot.


Henry H. Kennedy, Jr.
United States District Judge