AO 458 (Rev. 11/04 DC)-Appearance

---

# United States District Court
# For the District of Columbia

Celikgogus, et al.,

   Plaintiff(s)     )
            ) **APPEARANCE**
            )
   vs.       ) CASE NUMBER  06-CV-1996
Rumsfeld, et al.     )
            )
   Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __James R. Whitman__ as counsel in this
            (Attorney's Name)

case for: __Defendants Craddock, Harris, McQueen, Bumgarner, Dennis, Rodriguez__
        (Name of party or parties)

May 31, 2007
Date

*James R. Whitman* (signature)
Signature

James R. Whitman
Print Name

Wis. Bar No. 1036757
BAR IDENTIFICATION

P.O. Box 7146
Address

Washington   DC   20044
City   State   Zip Code

(202) 616-4169
Phone Number