AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Celikgogus, et al.,               )
                                  )
      Plaintiff(s)        )   **APPEARANCE**
                                  )
                                  )
      vs.                 )   CASE NUMBER   06-CV-1996
Rumsfeld, et al.,                 )
                                  )
      Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of __James G. Bartolotto__ as counsel in this
                                                (Attorney's Name)

case for: Defendants Rumsfeld, Myers, Hill, Craddock, Lehnert, Dunlavey, Miller, Hood, Harris, Carrico, McQueen, Cannon, Bumgarner, Dennis, and Rodriguez.
                                (Name of party or parties)

January 11, 2008                               _/s/ Bartolotto_
Date                                           Signature

                                               James G. Bartolotto
                                               Print Name
DC Bar No. 441314
BAR IDENTIFICATION                             P.O. Box 7146
                                               Address

                                               Washington DC          20044
                                               City        State      Zip Code

                                               202-616-4174
                                               Phone Number