IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**YUKSEL CELIKGOGUS, et al.,**

   Plaintiffs,

v.

**DONALD RUMSFELD, et al.,**

   Defendants.

**Case No.: 06-CV-1996 (HHK)**

# UNOPPOSED MOTION FOR EXTENSION
# OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs in the above-captioned action respectfully request thirty days additional time to respond to Defendants' Motion to Dismiss, filed March 10, 2008 (Dkt. 27). Plaintiffs' response would ordinarily be due on March 24, 2008; with the requested thirty day extension, Plaintiffs' response would be due on April 23, 2008.

This extension request is made in order to allow Plaintiffs' counsel, including newly-retained counsel, sufficient time to adequately brief the complex issues presented by Defendants' motion, and it parallels the unopposed 30 day extension to respond to Plaintiffs' complaint requested by Defendants and granted by this court. *See* Minute Order Granting Defendants' Unopposed Motion for Extension of Time to Respond to the Amended Complaint (entered January 22, 2008).

This is Plaintiffs' first motion for an extension of time to respond to Defendants' Motion to Dismiss. (Plaintiffs have recently requested that all further proceedings in this case be stayed until the later of the date of decision by the United States Supreme Court in *Boumediene v. Bush*, Nos. 06-1195/06-1196 (U.S.) or the final resolution of appeals in *Rasul v. Rumsfeld*, Nos. 06-

5209, 06-5222 (D.C. Cir.). *See* Plaintiffs' Motion for Further Stay, Dkt. 25 (filed March 7, 2008).)

Undersigned counsel has conferred with counsel for Defendants, who have indicated that Defendants consent to the requested extension.

A proposed order is attached to this motion.

Dated: March 13, 2008

                                          Respectfully submitted,

                                            /s/ Shayana Kadidal
Shayana Kadidal [D.C. Bar No. 454248]
Carolyn Patty Blum
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

Robert A. Rosenfeld [CA Bar No. 86970]
Neil A. F. Popovic [CA Bar No. 132403]
Russell P. Cohen [CA Bar No. 213105]
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 772-6000
Fax: (415) 772-6264
(not yet admitted pro hac vice)

*Attorneys for Plaintiffs*

|  |  |
|---|---|
| **YUKSEL CELIKGOGUS, et al.,** | |
| Plaintiffs, | **Case No.: 06-CV-1996 (HHK)** |
| v. | |
| **DONALD RUMSFELD, et al.,** | |
| Defendants. | |

**ORDER**

This matter having come before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, and the Court having considered the motion, and for good cause shown, it is hereby

ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs' memorandum of law in response to Defendants' Motion to Dismiss shall be filed on or before April 23, 2008.

DATE:                                                    BY: _____
                                                                  U.S. DISTRICT JUDGE