IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUKSEL CELIKGOGUS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 06-CV-1996 (HHK) |
| ) | |
| DONALD RUMSFELD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ERRATA

### RE: DEFENDANTS' MOTION TO DISMISS

Defendants respectfully submit this errata to correct errors in footnote 3 of their motion to dismiss filed electronically on March 10, 2008. See Docket No. 27. Plaintiffs' counsel does not object to this errata. Accordingly, Defendants respectfully request that the language in footnote 3 of the motion to dismiss be replaced with:

> Plaintiffs Yuksel Celikgogus, Ibrahim Sen, and Nuri Mert are Turkish citizens who claim they were detained for over two years at military facilities in Kandahar, Afghanistan, and at Guantanamo, and later released to Turkey. See Am. Compl. Plaintiffs Zakirjan Hasam and Abu Muhammad, a Uzbek refugee and an Algerian, respectively, claim they were detained for over four years at military facilities in Kandahar and/or Bagram, Afghanistan, and at Guantanamo, and later released to Albania. Id.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General, Civil Division

C. FREDERICK BECKNER, III
Deputy Assistant Attorney General, Civil Division

TIMOTHY P. GARREN
Director, Torts Branch, Civil Division

                    */s/ James G. Bartolotto*
                    JAMES G. BARTOLOTTO
                    DC Bar Member No. 441314
                    JAMES R. WHITMAN
                    Wis. Bar Member No. 1036757
                    Trial Attorneys
                    United States Department of Justice
                    Torts Branch, Civil Division
                    P.O. Box 7146
                    Ben Franklin Station
                    Washington, D.C. 20044-7146
                    *james.bartolotto@usdoj.gov*
                    Tel:  (202) 616-4174
                    Fax:  (202) 616-4314
                    *Attorneys for the Defendants*

Dated: March 17, 2008

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that on March 17, 2008, I electronically filed with the Clerk of the Court, by using the Court's CM/ECF system, the foregoing "ERRATA."

                    */s/ James G. Bartolotto*
                    JAMES G. BARTOLOTTO
                    Trial Attorney
                    United States Department of Justice
                    Torts Branch, Civil Division
                    P.O. Box 7146
                    Ben Franklin Station
                    Washington, D.C. 20044-7146
                    *Attorneys for the Defendants*