UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUKSEL CELIKGOGUS, *et al*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>DONALD RUMSFELD, *et al*,  )<br>  )<br>    Defendants.  )<br>  ) | 06-CV-1996 (HHK) |

## MOTION FOR ADMISSION PRO HAC VICE

Kit A. Pierson, an attorney and member in good standing of the Bar of the District of Columbia and of this Court, files this Motion for Admission *Pro Hac Vice* seeking permission for Neil A.F. Popović to appear in this action as counsel for Plaintiffs. In support of this Motion for Admission *Pro Hac Vice*, it is stated as follows:

    1.    The name, address, and telephone and facsimile numbers of Neil A.F. Popović are:

> Neil A.F. Popović
> Heller Ehrman LLP
> 333 Bush Street
> San Francisco, CA  94104
> Telephone:    (415) 772-6000
> Facsimile:    (415) 772-6268

    2.    Mr. Popović is a member of the firm of Heller Ehrman LLP, counsel for Plaintiffs. Movant requests the permission of the Court for Mr. Popovic to appear *pro hac vice* on behalf of Plaintiffs in connection with the above-captioned action.

3. Mr. Popović is an active member in good standing of the Bar of the State of California and is duly admitted to practice before each of the following federal courts:

| | | |
|---|---|---|
| a. | California State Courts | 12/14/87 |
| b. | USDC – Central District of California | 12/14/87 |
| c. | USDC – Northern District of California | 11/23/88 |
| d. | USDC – Eastern District of California | 11/28/88 |
| e. | U.S. Court of Appeals – Ninth Circuit | 11/18/88 |

4. Mr. Popović has never been the subject of any disciplinary action by the Bar or Court of any jurisdiction.

5. Mr. Popović has not been denied admission to the courts of any state or federal court.

6. Mr. Popović has represented to me that he is familiar with the Local Rules of this Court.

Dated: March 24, 2008                                  Respectfully submitted,


  /s Kit A. Pierson
(D.C. Bar No. 398123)
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 24, 2008, I caused a true and correct copy of the Motion for Admission Pro Hac Vice of Neil A.F. Popović and accompanying Affidavit to be served electronically via the ECF system on:

James G. Bartolotto
Trial Attorney
United States Department of Justice
Tort Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC  20044-7146

                 /s Kit A. Pierson
                (D.C. Bar No. 398123)
                Heller Ehrman LLP
                1717 Rhode Island Ave., N.W.
                Washington, D.C.  20036

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUKSEL CELIKGOGUS, *et al*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD RUMSFELD, *et al*, )<br>)<br>Defendants. )<br>_____) | 06-CV-1996 (HHK) |

AFFIDAVIT OF NEIL A. F. POPOVIĆ

NOW COMES the Affiant, Neil A.F. Popović, and, after being duly sworn, deposes and says:

1. My full name, address and telephone number are as follows:

   Neil A.F. Popović
   Heller Ehrman LLP
   333 Bush Street
   San Francisco, CA  94104
   Telephone:  (415) 772-6000
   Facsimile:  (415) 772-6268

2. I am an active member in good standing of the Bar of the State of California and am duly admitted to practice before each of the following federal courts:

   | | | |
   |---|---|---|
   | a. | California State Courts | 12/14/87 |
   | b. | USDC – Central District of California | 12/14/87 |
   | c. | USDC – Northern District of California | 11/23/88 |
   | d. | USDC – Eastern District of California | 11/28/88 |
   | e. | U.S. Court of Appeals – Ninth Circuit | 11/18/88 |

3. I am neither under suspension or disbarment, nor have I been disciplined by any bar.

   4.  I have not been admitted *pro hac vice* in this Court within the last two years.

   5.  I do not engage in the practice of law from an office located in the District of Columbia.

   6.  I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

FURTHER THE AFFIANT SAYETH NAUGHT.

The foregoing is true as I verily believe.

_____
NEIL A.F. POPOVIĆ

SWORN AND SUBSCRIBED TO before me by Neil Popović all on this 7th day of March, 2008.

My Commission Expires: 9-11-08

_____
NOTARY PUBLIC

DARLENE GIUSTI
Commission # 1512563
Notary Public - California
San Francisco County
My Comm. Expires Sep 11, 2008