## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **YUKSEL CELIKGOGUS**, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **06-CV-1996 (HHK)** |
| v. | ) | |
| | ) | |
| **DONALD RUMSFELD**, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Kit A. Pierson, an attorney and member in good standing of the Bar of the District of Columbia and of this Court, files this Motion for Admission *Pro Hac Vice* seeking permission for Russell P. Cohen to appear in this action as counsel for Plaintiffs.  In support of this Motion for Admission *Pro Hac Vice*, it is stated as follows:

1.      The name, address, and telephone and facsimile numbers of Russell P. Cohen are:

> Russell P. Cohen
> Heller Ehrman LLP
> 333 Bush Street
> San Francisco, CA  94104
> Telephone:     (415) 772-6000
> Facsimile:     (415) 772-6268

2.      Mr. Cohen is a member of the firm of Heller Ehrman LLP, counsel for Plaintiffs.  Movant requests the permission of the Court for Mr. Cohen to appear *pro hac vice* on behalf of Plaintiffs in connection with the above-captioned action.

3.      Mr. Cohen is an active member in good standing of the Bar of the State of California and is duly admitted to practice before each of the following federal courts:

          a.        Northern District of California;

          b.        Eastern District of California;

          c.        Southern District of New York;

          d.        Court of Federal Claims.

4.       Mr. Cohen has never been the subject of any disciplinary action by the Bar or Court of any jurisdiction.

5.       Mr. Cohen has not been denied admission to the courts of any state or federal court.

6.       Mr. Cohen has represented to me that he is familiar with the Local Rules of this Court.

Dated: March __, 2008                Respectfully submitted,


                           \s  Kit A. Pierson_____
                       Heller Ehrman LLP
                       1717 Rhode Island Avenue, NW
                       Washington, DC  20036
                       (T) (202) 912-2000
                       (F) (202) 912-2020

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I caused a true and correct copy of the

Motion for Admission Pro Hac Vice of Russell P. Cohen and accompanying Affidavit to be

served electronically via the ECF system on:


James G. Bartolotto
Trial Attorney
United States Department of Justice
Tort Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC  20044-7146


        \s  Kit A. Pierson_____
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC  20036
(T) (202) 912-2000
(F) (202) 912-2020

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **YUKSEL CELIKGOGUS**, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **06-CV-1996 (HHK)** |
| v. | ) | |
| | ) | |
| **DONALD RUMSFELD**, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF RUSSELL P. COHEN

NOW COMES the Affiant, Russell P. Cohen, and, after being duly sworn, deposes and says:

1.    My full name, address and telephone number are as follows:

> Russell P. Cohen
> Heller Ehrman LLP
> 333 Bush Street
> San Francisco, CA  94104
> Telephone:    (415) 772-6000
> Facsimile:    (415) 772-6268

2.    I am an active member in good standing of the Bar of the State of California and am duly admitted to practice before each of the following federal courts:

> a.    Northern District of California;
>
> b.    Eastern District of California;
>
> c.    Southern District of New York;
>
> d.    Court of Federal Claims.

3.    I am neither under suspension or disbarment, nor have I been disciplined by any bar.

4.    I have not been admitted *pro hac vice* in this Court within the last two

years.

.           5.    I do not engage in the practice of law from an office located in the District

of Columbia.

6.    I am familiar with, and agree to abide by, the Local Rules of this Court

and the Federal Rules of Civil Procedure.

FURTHER THE AFFIANT SAYETH NAUGHT.

The foregoing is true as I verily believe.

RUSSELL P. COHEN

SWORN AND SUBSCRIBED TO before me by Russell P. Cohen all on this 31st day of
March, 2008.

My Commission Expires: 9-11-08

NOTARY PUBLIC

DARLENE GIUSTI
Commission # 1512563
Notary Public - California
San Francisco County
My Comm. Expires Sep 11, 2008