AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Celikgogus, et al.,

        Plaintiff(s)    )   **APPEARANCE**

        vs.    )   CASE NUMBER   06-CV-1996

Rumsfeld, et al.,

        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __James G. Bartolotto__ as counsel in this
                (Attorney's Name)

case for: __Defendant Peter Pace.__
        (Name of party or parties)

June 12, 2008  
Date

*[signature]*  
Signature

James G. Bartolotto  
Print Name

DC Bar No. 441314  
BAR IDENTIFICATION

P.O. Box 7146  
Address

Washington DC     20044  
City    State    Zip Code

202-616-4174  
Phone Number