A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Celikgogus, et al.,

|  |  |
|---|---|
| Plaintiff(s) | ) ) ) ) |
| vs. | ) |
| Rumsfeld, et al., | ) ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER    06-CV-1996

To the Clerk of this court and all parties of record:

Please enter the appearance of ___James G. Bartolotto___ as counsel in this

(Attorney's Name)

case for: ___Defendant Wade Dennis.___

(Name of party or parties)

___June 12, 2008___
Date

___DC Bar No. 441314___
BAR IDENTIFICATION

___[signature]___
Signature

James G. Bartolotto
Print Name

P.O. Box 7146
Address

Washington DC          20044
City          State          Zip Code

202-616-4174
Phone Number